# THE STATE OF TEXAS
# M A N D A T E

************************************************

**TO THE 3RD DISTRICT COURT OF HENDERSON COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 14th day of October, 2015, the cause upon appeal to revise or reverse your judgment between

**DANNY RAY LUSK, Appellant**

**NO. 12-13-00225-CR; Trial Court No. C-19,241**

Opinion by James T. Worthen, Chief Justice.

**THE STATE OF TEXAS, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment for each of the three counts.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment for each of the three counts of the court below **be in all things affirmed**, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 8th day of December, 2015.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk

# THE STATE OF TEXAS
# M A N D A T E
**********************************************
**TO THE 3RD DISTRICT COURT OF HENDERSON COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 14th day of October, 2015, the cause upon appeal to revise or reverse your judgment between

**DANNY RAY LUSK, Appellant**

**NO. 12-14-00039-CR; Trial Court No. C-18,897**

Opinion by James T. Worthen, Chief Justice.

**THE STATE OF TEXAS, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came on to be heard on the appellate record and the briefs filed herein; and the same being inspected, it is the opinion of the Court that there was error in the judgment for count I, but no error in the judgment for count II.

It is therefore ORDERED, ADJUDGED and DECREED that the trial court's judgment for count I be **modified** to reflect that attorney's fees are $0.00; **and as modified**, the trial court's judgment is **affirmed**; that the trial court's judgment for count II be and hereby is **affirmed**; and that this decision be certified to the trial court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 8th day of December, 2015.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk